UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 3:00-CR-098 |
| | ) | 3:15-CR-076 |
| | ) | |
| CHRISTOPHER SHAWN FINCH | ) | |

**MEMORANDUM AND ORDER**

Case number 3:15-CR-076 is set for trial on August 11, 2015. Now before the court is the defendant's motion to continue. [3:15-CR-076, doc. 14]. Defense counsel explains that more time is needed to effectively advise the defendant whether to plead guilty or proceed to trial. According to the defense, counsel for the United States takes no position on the motion.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court further finds that the failure to grant the motion would deny the parties reasonable time necessary for effective trial preparation, should plea negotiations not prove successful. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [3:15-CR-076, doc. 14] is **GRANTED**. Trial is **CONTINUED** from August 11, 2015, to **Wednesday, October 28, 2015, at 9:00 a.m.**

The new plea cutoff date is October 14, 2015.

The August 11, 2015 revocation hearing in case number 3:00-CR-098 is similarly **RESET** to October 28, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge