UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA        )
                                )
v.                              )      Nos.  3:00-CR-098
                                )            3:15-CR-076
                                )
CHRISTOPHER SHAWN FINCH         )

**MEMORANDUM AND ORDER**

Case number 3:15-CR-076 is set for trial on April 27, 2016.  Now before the court

is the defendant's fourth motion to continue.  [3:15-CR-076, doc. 20].  Defense counsel

again explains that more time is needed to investigate the facts of this case in order to

effectively advise his client.  Counsel also reports that the parties' plea negotiations are

not yet completed.  According to the defense, counsel for the United States does not

oppose the motion.

The court finds that the ends of justice served by granting the motion outweigh the

best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The court further finds that the failure to grant the motion would deny the parties

reasonable time necessary for effective trial preparation, should plea negotiations not

prove successful.  18 U.S.C. § 3161(h)(7)(B)(iv).  The motion requires a delay in the

proceedings.  Therefore, all the time from the filing of the motion to the new trial date is

excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [3:15-CR-076, doc. 20] is **GRANTED**. Trial is **CONTINUED** from April 27, 2016, to **Tuesday, June 28, 2016, at 9:00 a.m.** The new plea cutoff date is June 13, 2016.

The April 27, 2016 revocation hearing in case number 3:00-CR-098 is similarly **RESET** to June 28, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge